**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-01789-LTB-KLM

SANDRA MUCHA,

      Plaintiff,

v.

CARDWORKS SERVICING, LLC, a Delaware limited liability company,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With

Prejudice (Doc 12 - filed December 7, 2010), and the Court being fully advised in the

premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.


BY THE COURT:


   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   December 8, 2010

1